IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SPENCER BROWN, JR.,

    Plaintiff,

v.                                              Case No. 2:20-cv-02893-MSN-tmp

SHELBY COUNTY JAIL, ET AL.,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed December 10, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case and Denying Motion to Dismiss as Moot, entered November 29, 2021, (ECF No. 17), and Federal Rule of Civil Procedure 41(b), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
               MARK S. NORRIS
               UNITED STATES DISTRICT JUDGE

DATE:     November 29, 2021